IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NUMBER |
| VS. | ) | |
| | ) | |
| ELIEZER RAMIREZ-SORIANO | ) | M-09-1269 |
| a/k/a Elpezer Ramires-Zoriano | ) | |

ORDER

Came on to be considered Defendant Eliezer Ramirez-Soriano's Motion for Continuance, which motion is unopposed by the Government. The Court, after considering said motion, finds that the failure to grant the Defendant's Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and is of the opinion that said motions should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Eliezer Ramirez-Soriano, a/k/a Elpezer Ramires-Zoriano, is hereby GRANTED and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for June 7, 2010, is hereby reset for September 7, 2010, at 9:30 a.m. and Jury Selection previously set for June 8, 2010, is hereby reset for September 8, 2010, at 9:30 a.m. in the Tenth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendant, his counsel, and counsel for the Government.

DONE on this 3rd day of June, 2010, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE